No. 20,197.

Joe Martinez, et al., *v.* Bailey Bond, et al.

(379 P. [2d] 808)

Decided March 18, 1963.

Mr. D. E. Johnson, for plaintiffs in error.

Messrs. Mitchell & Forbes, for defendants in error.

*In Department.*

Opinion by Mr. Justice Sutton.

Martinez' complaint was dismissed by the trial court on the ground that it failed to state a claim upon which relief could be granted. To the judgment of dismissal he brings a writ of error to this court without having filed a motion for a new trial or obtaining an order of the trial court dispensing therewith.

Under the authority of *Minshall v. Pettit,* 151 Colo. 501, 379 P. (2d) 394 (1963), and *Bayers v. W.O.W., Inc., et al.,* 151 Colo. 554, 379 P. (2d) 815 (1963), the writ of error is dismissed.

Mr. Justice Hall and Mr. Justice Pringle concur.